**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JOHN SMITH, ET AL.,              )

                                  )

      Plaintiffs,             )

                                  )

v.                               )      Civil No.  3:20-cv-00563

                                  )      Judge Trauger

CORECIVIC, INC., ET AL.,         )

                                  )

      Defendants.          )

## O R D E R

The Motion for Extension of Time to File a Responsive Pleading to Plaintiff's Complaint (Docket No. 9) is GRANTED.  The defendants may have an extension until September 21, 2020 within which to respond to the Complaint.

It is further ORDERED that the initial case management conference scheduled for August 31, 2020 is hereby RESET for Monday, September 28, 2020 at 3:00 p.m.

It is so **ORDERED.**

_____

ALETA A. TRAUGER
U.S. District Judge