**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JOHN SMITH, ET AL.,             )
                                       )
       Plaintiffs,              )
                                       )
v.                                   )        Civil No.  3:20-cv-00563
                                   )        Judge Trauger
CORECIVIC, INC., ET AL.,     )
                                       )
       Defendants.         )

## O R D E R

       Plaintiffs' co-counsel, Ty Clevenger, has filed an Unopposed Motion for Admission *Pro Hac Vice* (Docket No. 6).  The contents of Attachment 2 to the motion cause the court some concern.  It is therefore ORDERED that Mr. Clevenger shall file a Certificate of Good Standing from our sister district court, the U.S. District Court for the Western District of Tennessee, for the court's consideration in connection with this motion.

       It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge