Motion (DE #18) GRANTED.

094-241-00

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SMITH, and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | No.: 3:20-cv-00563 |
| v. | ) ) ) | |
| CORECIVIC, INC., et al. | ) ) ) | |
| Defendants. | ) | |

---

**DEFENDANTS' EMERGENCY MOTION TO SEAL AND MEMORANDUM IN SUPPORT**

---

Defendants, CoreCivic, Inc., Damon T. Hininger, and Grady Perry move the Court to immediately place all documents attached as Exhibits 1 and 2 to Plaintiff's Amended Complaint under seal and to order Plaintiffs not to disclose or reveal the information within said documents to any person until the parties can enter into an appropriate protective order governing what individuals have a right to view the information contained within the documents attached to the Complaint.

This case concerns the suicide of the Plaintiffs' son, Addison Smith, while he was incarcerated in the South Central Correctional Facility ("SCCF") in Clifton, Tennessee. (*See* Amended Complaint, ECF No. 16). After Mr. Smith passed away, the Tennessee Department of Correction ("TDOC") as well as CoreCivic staff at SCCF conducted an investigation into Mr. Smith's death. Prior to filing their Amended Complaint, Plaintiffs issued a subpoena to the TDOC seeking documents related to that investigation. The TDOC responded to the subpoena and