# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **JOHN SMITH and SOYNIA SMITH**, as survivors and next of kin of **ADDISON SMITH**, deceased, | |
| Plaintiffs, | **Case No. 3:20-cv-00563** |
| vs. | |
| **CORECIVIC, INC., et al.,** | |
| Defendants | |

## REQUEST FOR ISSUANCE OF SUMMONSES

On behalf of the Plaintiffs, the undersigned has attached draft summonses for Defendants Ackerman, Lyons, Turner and Rose. The Plaintiffs move the Clerk to issue summonses for each of the foregoing Defendants.

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger (*pro hac vice*)
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiffs**