**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

JOHN SMITH, ET AL.,          )
                                 )
    Plaintiffs,           )
                                 )
v.                           )      Civil No.  3:20-cv-00563
                                 )      Judge Trauger
CORECIVIC, INC., ET AL.,     )
                                 )
    Defendants.        )

## O R D E R

Given the pendency of a Partial Motion to Dismiss (Doc. No. 22), and the fact that numerous defendants have yet to be served, it is hereby ORDERED that the initial case management conference scheduled for September 28, 2020 is CONTINUED, to be reset by later order of the court.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge