Motion (DE #25) GRANTED.

094-241-00

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SMITH, and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | No.: 3:20-cv-00563 |
| v. | ) ) ) | |
| CORECIVIC, INC., et al. | ) ) ) | |
| Defendants. | ) | |

## MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT ELAINA RODELLA

Plaintiffs, John Smith and Soynia Smith, as survivors and next of kin of Addison Smith, deceased, and Defendants CoreCivic, Damon T. Hininger, Grady Perry, and Elaina Rodella, by and through respective counsel, respectfully move for the voluntary dismissal without prejudice of Defendant Elaina Rodella pursuant to Rule 21 of the Federal Rules of Civil Procedure. In support thereof, the parties provide as follows:

1. Within the original Complaint, Plaintiffs named Elaina Rodella as a Defendant. (ECF No. 1).

2. Notices of Appearance were filed on behalf of Elaina Rodella. (ECF Nos. 7, 8).

3. Plaintiffs subsequently filed an Amended Complaint, wherein Elaina Rodella was not named as a Defendant. (ECF No. 16).

Based upon the above and upon the record as a whole, the parties respectfully move that the Court dismiss without prejudice Defendant Elaina Rodella from this cause.