Motion (DE #26) GRANTED.
Extension to 10/12/2020.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **JOHN SMITH and SOYNIA SMITH**, as survivors and next of kin of **ADDISON SMITH**, deceased,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>**CORECIVIC, INC., et al.,**<br><br>　　　　Defendants | **Case No. 3:20-cv-00563** |

## MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' PARTIAL TO MOTION TO DISMISS

NOW COME John Smith and Soynia Smith, the Plaintiffs, by and through their undersigned counsel, to hereby move this Honorable Court for an extension of time to reply to Defendants' Partial Motion to Dismiss. Plaintiffs state to the Court as follows:

1. Defendants filed a Partial Motion to Dismiss on September 21, 2020. Plaintiffs response is due today, October 5, 2020.

2. Undersigned counsel Mr. Clevenger was on medical leave from September 2, 2020 through September 23, 2020.

3. Over the past week and weekend, both undersigned counsel were out of the office due to illness.

4. Plaintiffs respectfully request an extension of time to respond to Defendants' Partial Motion to Dismiss (Doc. No. 22) up to and including Monday, October 12, 2020.

5. Counsel for Plaintiff consulted with Defendants' counsel concerning this motion and