**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| JOHN SMITH, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CORECIVIC, INC., ET AL., )<br>)<br>Defendants. ) | Civil No.  3:20-cv-00563<br>Judge Trauger |

## O R D E R

On August 24, 2020, this court issued an Order (Doc. No. 19) granting the Defendants'

Emergency Motion to Seal Exhibits 1 and 2 to the Amended Complaint (Doc. No. 18).  Instead

of placing under seal only Exhibits 1 and 2 to the Amended Complaint, the Clerk, in error, placed

under seal the entire Amended Complaint, including the exhibits (Doc. No. 16).  It is hereby

ORDERED that the Clerk shall take out from under seal the Amended Complaint (Doc. No. 16)

and keep under seal only Exhibits 1 and 2 to the Amended Complaint.

The plaintiffs' Unopposed Motion to Permit Certified Copies of Complaint (Doc. No. 33)

is GRANTED.  The copies furnished, however, will be missing Exhibit 1 and 2, as those exhibits

will remain under seal until a protective order is entered.  Plaintiffs' counsel should contact the

Clerk of Court in order to secure whatever copies of the Amended Complaint they need, certified

or not certified.  Certain costs will be assessed.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge