# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**JOHN SMITH and SOYNIA SMITH**, as survivors and next of kin of **ADDISON SMITH**, deceased,

      Plaintiffs,

vs.

**CORECIVIC, INC., et al.,**

      Defendants

**Case No. 3:20-cv-00563**

## ORDER

The Plaintiffs' Motion for Extension of Time to Serve Summonses (Doc. No. 36) is now before the Court. For good cause shown, the motion is GRANTED and the deadline for serving the Defendants with summonses is extended from November 17, 2020 to December 17, 2020.

_____
Judge Presiding