# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF TENNESSEE
### AT NASHVILLE DIVISION

| | |
|---|---|
| John Smith and Soynia Smith, as survivors and next of kin of Addison Smith, deceased, | |
| **Plaintiffs,** | CASE NO.: 3:20-CV-00563<br>JURY DEMAND |
| vs. | |
| Corecivic, Inc., Damon T. Hininger, Grady Perry, Eddie Johnson, Jason Whitehead, Ashley Ackerman, Christophe Williams, Logan King, Joshua Ray, Jenny Ratliff, Ledia Alva, William Lyons, J. Scott Long, Mark Sigler, Elaine Bloodgood, Andrea Steadman, Kevin Turner and Marcayus Rose, | |
| **Defendants.** | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

Comes now Defendant Ashley Ackerman, by and through counsel, and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby moves for an extension of time to respond to Plaintiffs' Amended Complaint.

Undersigned counsel's firm has contacted Plaintiffs' counsel and this Motion is **unopposed.**

Defendant Ashley Ackerman's response to Plaintiffs' pleading is due December 1, 2020. Defendant Ackerman requests an extension of time to respond to the Amended Complaint up to and including Tuesday, December 8, 2020.