# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT COURT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| John Smith and Soynia Smith, as survivors and next of kin of Addison Smith, deceased, | <span style="background-color:yellow">Motion GRANTED.</span> |
| Plaintiffs, | CASE NO.: 3:20-CV-00563 |
| vs. | JURY DEMAND |
| CoreCivic, Inc., Damon T. Hininger, Grady Perry, Eddie Johnson, Jason Whitehead, Ashley Ackerman, Christophe Williams, Logan King, Joshua Ray, Jenny Ratliff, Ledia Alva, William Lyons, J. Scott Long, Mark Sigler, Elaine Bloodgood, Andrea Steadman, Kevin Turner and Marcayus Rose, | |
| Defendants. | |

## JOINDER OF DEFENDANT ASHLEY ACKERMAN IN PARTIAL MOTION TO DISMISS FILED BY DEFENDANTS, CORECIVIC, INC., DAMON T. HININGER, AND GRADY PERRY

NOW COMES the Defendant, Ashley Ackerman (hereinafter referred to as "Defendant"), by and through undersigned counsel, pursuant to Rules 10(c) and 12(b)(6) of the FEDERAL RULES OF CIVIL PROCEDURE, and hereby joins and adopts by reference, in part, in Defendants' Partial Motion to Dismiss [D.E. 22] and supporting Memorandum in Support of Defendants' Partial Motion to Dismiss [D.E. 23].

Specifically, Defendant seeks dismissal of Plaintiffs' medical malpractice claims against her for the grounds stated in the Memorandum in Support of Defendants' Partial Motion to Dismiss [D.E. 23, pp. 14-15 of 19]. Additionally, Defendant asserts that Plaintiffs' First