Motion (DE #45) GRANTED.
Extension to 1/18/2021.

094-241-00

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SMITH, and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased. | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.: 3:20-cv-00563 |
| | ) | |
| v. | ) | |
| | ) | |
| CORECIVIC, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

---

## MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT

---

Defendants Ledia Avila, Elena Bloodgood-Grandy, Eddie Johnson, J. Scott Long, Mark Sigler, Ph.D., Angela Steadman, Kevin Turner, M.D., Jason Whitehead, and Christopher Williams by and through their undersigned counsel, and without waiving any and all defenses that may be asserted by Defendants, hereby move this Honorable Court for an extension of time to file a responsive pleading to the Complaint. Defendants state to the Court as follows:

1. Plaintiffs' Amended Complaint was filed on August 19, 2020. [D.E. 16].

2. Since October 22, 2020, Defendants Avila, Williams, Long, Turner, Johnson, Steadman, and Sigler have waived service on various dates.

3. Over the past two weeks, Defendant Bloodgood-Grandy and Whitehead have been purportedly served on different dates.