**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**JOHN SMITH and SOYNIA SMITH**, as survivors and next of kin of **ADDISON SMITH**, deceased,

     Plaintiffs,

vs.

**CORECIVIC, INC., et al.,**

     Defendants

**Case No. 3:20-cv-00563**

## <u>ORDER</u>

The Plaintiffs' Unopposed Motion for Extension of Time to Serve Summonses (Doc. No. __48__) is now before the Court. For good cause shown, the motion is GRANTED and the deadline for serving Defendants Joshua Ray and Jenny Ratliff with summonses is extended until _January 28, 2021_.

It is SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE