**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **JOHN SMITH and SOYNIA SMITH**, as survivors and next of kin of **ADDISON SMITH**, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>**CORECIVIC, INC., et al.,**<br><br>    Defendants | **Case No. 3:20-cv-00563** |

## ORDER

The Plaintiffs' Motion for Extension of Time (Doc. No. __56__) is now before the Court. For good cause shown, the motion is GRANTED and the deadline for responding to the Defendants' Partial Motion to Dismiss is extended until __February 8, 2021__.

It is SO ORDERED.

_____

ALETA A. TRAUGER
U.S. DISTRICT JUDGE