094-241-00

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SMITH, and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | No.: 3:20-cv-00563 |
| v. | ) ) ) | |
| CORECIVIC, INC., et al. | ) ) ) | |
| Defendants. | ) | |

JOINT MOTION TO ENTER TEMPORARY PROTECTIVE ORDER
AND MEMORANDUM IN SUPPORT

Plaintiffs, John Smith and Soynia Smith, as survivors and next of kin of Addison Smith, and Defendants, CoreCivic, Inc., Damon T. Hininger, Grady Perry, Eddie Johnson, J. Scott Long, Mark Sigler, Angela Steadman, Kevin Turner, Elena Bloodgood-Grandy, Ledia Avila, Jason Whitehead, Christopher Williams, Jenny Ratcliff, Joshua Ray, William Lyons, and Ashley Ackerman jointly move the Court to enter a temporary protective order concerning documents Plaintiff subpoenaed from the Tennessee Department of Correction ("TDOC"). As grounds for this motion, the parties state as follows:

1. On August, 19, 2020, Plaintiffs filed their Amended Complaint (ECF No. 16) and attached documents they obtained via a subpoena they issued to the Tennessee Department of Correction ("TDOC").

2. On August 24, 2020, Defendant CoreCivic, Damon Hininger, and Grady Perry moved the Court to place the documents Plaintiffs obtained via their subpoena to the TDOC

under seal and to order Plaintiffs not to disclose or reveal the information within said documents to any persons until the parties could enter into an appropriate protective order. (ECF No. 18.) The Court granted Defendants' motion the same day. (ECF No. 19.)

3. On December 31, 2020, Plaintiffs subpoenaed further investigatory and other records from the Tennessee Department of Correction ("TDOC"). (See Exhibit A)

4. It is Defendants' contention that the majority, if not all of, the documents sought by the Plaintiffs via their December 31, 2020, subpoena should be treated as confidential for the same and similar grounds as Defendants articulated in their August 24, 2020, Emergency Motion to Seal. (ECF No. 18.) Defendants expect that the documents will include information that raises significant safety and security concerns for SCCF and the named defendants. It is also likely that the documents will include information protected by HIPAA, disclose information that reveals investigatory techniques used by corrections officers, and disclose personal and/or privileged information about SCCF employees and/or inmates.

5. Plaintiffs acknowledge that some of the information that will produced via the subpoena could be confidential information that should be governed by a protective order. However, Plaintiffs do not agree that all of the documents they sought will need or should be treated as confidential.

6. The parties have discussed the TDOC's position concerning the disclosure of the aforementioned documents with the TDOC's counsel. The TDOC's counsel shares Defendants' concerns about the disclosure of the information sought by Plaintiffs and

has indicated a desire that a protective order be entered prior to producing the documents sought.

7. Plaintiffs and Defendants have been diligently engaging in negotiations concerning entering a protective order that will govern, not only the documents/information being produced by the TDOC, but all documents/information that will likely be produced via discovery in this case. Nonetheless, the parties have yet to come to an agreement on the specific language of a protective order and the parties expect to file competing motions for a protective order in the near future.

8. In light of the current disagreement between the parties, the parties agree that a temporary protective order should be entered governing the records Plaintiffs subpoenaed from the TDOC pending either the parties agreeing upon the language of a protective order governing all documents/information that will be produced in the case and/or the Court entering a protective order based upon any future competing motions for the parties. Such a temporary order would allow Plaintiffs the ability to receive the documents from the TDOC without any further delay. Such an order would also allow the parties to review the documents produced by the TDOC, which will enable the parties to further engage in potentially agreeing upon the appropriate scope of a protective order.

Accordingly, the parties jointly move the Court to enter a temporary protective order ordering the parties not to disclose, reveal, or discuss any of the information/documents Plaintiffs receive from the TDOC in response to their December 31, 2020, subpoena, with any person other than counsel of record in this case and that said temporary restraining order should remain in effect

until the Court enters a protective order governing all documents/information produced in this case.

Respectfully submitted,

PENTECOST, GLENN & MAULDIN, PLLC

By: s/Nathan D. Tilly
   James I. Pentecost (#11640)
   Nathan D. Tilly (#31318)
   Attorneys for Defendants
   162 Murray Guard Dr., Ste. B
   Jackson, Tennessee 38305
   (731) 668-5995- Telephone
   (731) 668-7163- Fax
   Email:  ntilly@pgmfirm.com

MCANGUS GOUDELOCK & COURIE, LLC

By: s/Jay Atkins (with permission)
   Jay Atkins, MS 100513; TN 21371
   Attorney for William Lyons and Ashley Ackerman
   119 North 9th Street
   Oxford, Mississippi 38655
   Phone: (662) 281-7828
   Facsimilie: (662) 259-8460
   Email: jay.atkins@mgclaw.com

By: s/Ty Clevenger (with permission)
   Ty Clevenger (admitted *pro hac vice*)
   Texas Bar No. 24034380
   Attorney for Plaintiffs
   P.O. Box 20753
   Brooklyn, New York 11202-0753
   (979) 985-5289
   (979) 530-9523 (fax)
   tyclevenger@yahoo.com

Janet Goode
Tennessee BPR No. 035872
Attorney for Plaintiffs
917 S. Cooper Street
Memphis, Tennessee 38104
(901) 308-7511
(901) 641-3972 (fax)
janet@janetgoodelaw.com

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that this pleading (Joint Motion) has been served electronically via the Court's ECF system or via U.S. Mail on the following:

Janet H. Goode                           Ty Clevenger
917 S. Cooper Street                     P.O. Box 20753
Memphis, TN  38104                       Brooklyn, NY  11202-0753

Jay Atkins
119 North 9th Street
Oxford, Mississippi 38655

Brian F. Walthart
P.O. Box 198349
201 4th Avenue N., Suite 1400
Nashville, Tennessee 37219

This the 5th day of May, 2021.

By:     s/Nathan D. Tilly
        Nathan D. Tilly