**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**JOHN SMITH and SOYNIA SMITH**, as survivors and next of kin of **ADDISON SMITH**, deceased,

      Plaintiffs,

vs.

**CORECIVIC, INC., et al.,**

      Defendants

**Case No. 3:20-cv-00563**

**ORDER**

The Plaintiff's Motion to Modify August 24, 2021 Order is now before the Court. For good cause shown, the motion is GRANTED, and Plaintiffs' Counsel are authorized to share the materials sealed by the August 24, 2021 Order with the U.S. Department of Justice. Neither Plaintiffs' Counsel nor anyone at the U.S. Department of Justice may share those documents with any outside person or entity. Plaintiff's Counsel shall provide the U.S. Department of Justice a copy of this order when producing the documents described above.

It is SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE