Motion (DE #64) GRANTED.

094-241-00

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SMITH, and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | No.: 3:20-cv-00563 |
| v. | ) ) | |
| | ) | |
| CORECIVIC, INC., et al. | ) ) | |
| Defendants. | ) | |

## JOINT MOTION TO ENTER TEMPORARY PROTECTIVE ORDER
## AND MEMORANDUM IN SUPPORT

Plaintiffs, John Smith and Soynia Smith, as survivors and next of kin of Addison Smith, and Defendants, CoreCivic, Inc., Damon T. Hininger, Grady Perry, Eddie Johnson, J. Scott Long, Mark Sigler, Angela Steadman, Kevin Turner, Elena Bloodgood-Grandy, Ledia Avila, Jason Whitehead, Christopher Williams, Jenny Ratcliff, Joshua Ray, William Lyons, and Ashley Ackerman jointly move the Court to enter a temporary protective order concerning documents Plaintiff subpoenaed from the Tennessee Department of Correction ("TDOC"). As grounds for this motion, the parties state as follows:

1. On August, 19, 2020, Plaintiffs filed their Amended Complaint (ECF No. 16) and attached documents they obtained via a subpoena they issued to the Tennessee Department of Correction ("TDOC").

2. On August 24, 2020, Defendant CoreCivic, Damon Hininger, and Grady Perry moved the Court to place the documents Plaintiffs obtained via their subpoena to the TDOC