# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SMITH and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:20-cv-00563 Judge Aleta A. Trauger |
| CORECIVIC, INC., DAMON T. HININGER, GRADY PERRY, EDDIE JOHNSON, JASON WHITEHEAD, ASHLEY ACKERMAN, CHRISTOPHE[R] WILLIAMS, LOGAN KING, JOSHUA RAY, JENNY RATLIFF, LEDIA ALVA, WILLIAM LYONS, J. SCOTT LONG, MARK SIGLER, ELAINE BLOODGOOD, ANDREA STEADMAN, KEVIN TURNER, and MARCAYUS ROSE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## <u>AMENDED ORDER</u>

For the reasons set forth in the accompanying Memorandum, the Partial Motion to Dismiss (Doc. No. 22), filed by defendants CoreCivic, Inc. ("CoreCivic"), Damon T. Hininger, and Grady Perry, which has been joined in part by defendants Ashley Ackerman (Doc. No. 42) and William Lyons (Doc. No. 59) is **GRANTED**. As a result, (1) the claims against CoreCivic under 42 U.S.C. § 1983 and under state law for sexual assault and medical malpractice are **DISMISSED**; (2) all claims asserted against defendants Hininger, Perry, and Lyons are **DISMISSED**; and (3) the medical malpractice claim against defendant Ackerman is **DISMISSED**. Insofar as defendants Hininger and Perry seek dismissal of claims asserted against them in their official capacities, that

portion of their motion is **DENIED AS MOOT**, as the court does not construe the First Amended Complaint as asserting official-capacity claims against them.

The Partial Motion to Dismiss (Doc. No. 50), filed by defendants Eddie Johnson, Jason Whitehead, Christopher Williams, Ledia Avila,[1] J. Scott Long, Mark Sigler, Elena Bloodgood-Grandy,[2] Andrea Steadman, and Kevin Turner, which is joined by defendants Jenny Ratliff and Joshua Ray (Doc. No. 61), is **GRANTED IN PART**. Specifically, (1) all claims against defendants Eddie Johnson, J. Scott Long, Mark Sigler, Elena Bloodgood-Grandy, and Kevin Turner are **DISMISSED**; (2) all claims against defendant Andrea Steadman *except* the claim under 42 U.S.C. § 1983 are **DISMISSED**; and (3) the medical malpractice claims against Jason Whitehead, Christopher Williams, Ledia Avila, Jenny Ratliff Joshua Ray, and Logan King[3] are **DISMISSED**. The health care liability claims against the defendants who are medical practitioners are **DISMISSED WITHOUT PREJUDICE**.

The initial case management conference is **RESET** for **July 26, 2021** at **2:30 p.m.**

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge

---

[1] The plaintiffs incorrectly identify this defendant as Ledia Alva.

[2] The plaintiffs incorrectly identify this defendant as Elaine Bloodgood.

[3] Although defendant King has not filed or joined a motion to dismiss, the plaintiffs concede that the Amended Complaint fails to state a medical malpractice claim against the non-medical provider defendants, which includes King.