**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JOHN SMITH, ET AL.,           )
                                   )
      Plaintiffs,            )
                                   )
v.                              )        Civil No.  3:20-cv-00563
                                   )        Judge Trauger
CORECIVIC, INC., ET AL.,    )
                                   )
      Defendants.        )

## O R D E R

The initial case management conference scheduled on Monday, July 26, 2021 at

2:30 p.m. is RESET for the same day at 2:00 p.m. and will be held in Judge Trauger's courtroom.

Lead counsel for each party shall participate in the conference.   All participants will be masked

and socially distanced during the conference.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge