# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**JOHN SMITH and SOYNIA SMITH,** as survivors and next of kin of **ADDISON SMITH,** deceased ,

     Plaintiffs,

vs.

**CORECIVIC, INC., et al.,**

     Defendants

**Case No. 3:20-cv-00563**

## <u>ORDER</u>

The Joint Motion to Permit Video Appearance (Docket No. 72) is DENIED.

The initial case management conference is RESET for August 30, 2021 at 3:00 p.m.

It is SO ORDERED this 21st day of July 2021.

_____
ALETA A. TRAUGER
U.S. DISRICT JUDGE