**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| JOHN SMITH, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No.  3:20-cv-00563 |
| | ) | Judge Trauger |
| CORECIVIC, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R

The Unopposed Motion to Permit Video Access to August 30, 2021 Scheduling

Conference (Doc. No. 74) is DENIED.  Judge Trauger does not allow clients to attend the initial

case management conference, which is usually conducted in chambers without the presence of a

court reporter.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge