**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JOHN SMITH, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No.  3:20-cv-00563 |
| | ) | Judge Trauger |
| CORECIVIC, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The initial case management conference scheduled on Monday, August 30, 2021 at 3:00 p.m. will be held in Judge Trauger's courtroom.  Lead counsel for each party shall participate in the conference.   All participants will be masked and socially distanced during the conference.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge