Motion GRANTED IN PART. Mr. Walthart shall appear in person for Defendant Ackerman.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE**

---

**John Smith and Soynia Smith, as survivors and next of kin of Addison Smith, deceased,**

     **Plaintiffs,**

**vs.**

**Corecivic, Inc., Damon T. Hininger, Grady Perry, Eddie Johnson, Jason Whitehead, Ashley Ackerman, Christophe Williams, Logan King, Joshua Ray, Jenny Ratliff, Ledia Alva, William Lyons, J. Scott Long, Mark Sigler, Elaine Bloodgood, Andrea Steadman, Kevin Turner and Marcayus Rose,**

     **Defendants.**

**CASE NO.: 3:20-CV-00563**

**JURY DEMAND**

---

**MOTION TO PERMIT TELEPHONE OR VIDEO ATTENDANCE
AT CASE MANAGEMENT CONFERENCE**

---

Defendant, Ashley Ackerman ("Defendant"), respectfully requests that this Court permit her counsel, Jay M. Atkins, to attend the August 20, 2021 case management conference via telephone or video. Alternatively, Defendant requests that this Court permit Mr. Atkins' co-counsel, Brian F. Walthart, to attend the case management conference in person. For grounds, Defendant states that Atkins' wife began having symptoms of fever, fatigue, and other symptoms on Monday, August August 23, 2021. Two of Atkins' children also began to have similar symptoms. Atkins' wife received a positive over-the-counter COVID-19 test on Wednesday, August 25, 2021. Atkins has not received the COVID-19 vaccination. Atkins has no symptoms of COVID-19 at the time of filing this Motion. Nevertheless, pursuant to CDC guidelines,