

Motion GRANTED.

094-241-00

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SMITH, and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased. | ) ) ) ) | |
| Plaintiffs, | ) ) | No.: 3:20-cv-00563 |
| v. | ) ) ) | |
| CORECIVIC, INC., et al. | ) ) | |
| Defendants. | ) | |

## JOINT MOTION FOR THE ENTRY OF AN ORDER FOR THE RELEASE AND PROTECTION OF MEDICAL RECORDS

Plaintiffs, John Smith and Soynia Smith, and Defendants, CoreCivic, Inc., Jason Whitehead, Christopher Williams, Joshua Ray, Jenny Ratliff, Ledia Alva and Angela Steadman jointly move the Court for the entry of an Order for the Release and Protection of Medical Records. As grounds for this motion, the parties jointly state as follows:

1. To date, the parties have engaged in written discovery and collected extensive records pertinent to this action, including medical records pertaining to Plaintiff.

2. Nonetheless, there remain medical and mental health records from other providers who have treated Plaintiff which Defendants seek to obtain, but that Plaintiff does not personally possess. Additionally, there are pertinent employment, tax, and other records Defendants seek to obtain, but that Plaintiff does not personally possess.

3. To obtain said records, the parties have agreed to the entry of an Order for the Release and Protection of Medical Records. (Attached as Exhibit A). Pursuant to the proposed