IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SMITH, and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | No.: 3:20-cv-00563 |
| v. | ) ) ) | |
| CORECIVIC, INC., et al. | ) ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs and Defendants, by and through undersigned counsel, jointly move the Court for the entry of a protective order. As grounds, the parties state that through written discovery in this case, documents/information may be divulged that could include a producing party's business operations because it contains proprietary information of the party. Further, the parties anticipate that documents/information that will be divulged in discovery will include interests in individual privacy, including medical information, protected health information ("PHI"), personal or financial information such as home addresses, financial material not otherwise discoverable, and personal contact information, including current addresses, telephone number(s), and email address(es) of current and former Tennessee Department of Correction and/or CoreCivic employees, as well as current and former Tennessee Department of Correction inmates. Additionally, information divulged in discovery could lead to disclosure of operational aspects of the prison system that are otherwise unknown to inmates or the general public and the dissemination of which could pose a safety and security risk.

In light of these concerns, the parties have drafted and agreed upon the language of a proposed Agreed Protective Order, which is attached hereto as Exhibit A.

Premises considered, the parties respectfully request that the attached proposed Agreed Protective Order be entered by the Court.

Respectfully submitted,

PENTECOST & GLENN, PLLC

By:  s/Nathan D. Tilly
James I. Pentecost (#11640)
Nathan D. Tilly (#31318)
Attorneys for Defendants CoreCivic, Inc.,
Jason Whitehead, Christopher Williams,
Joshua Ray, Jenny Ratcliff, Ledia Avila,
and Angela Steadman
162 Murray Guard Dr., Ste. B
Jackson, Tennessee 38305
(731) 668-5995- Telephone
(731) 668-7163- Fax
Email:  ntilly@pgmfirm.com

MCANGUS GOUDELOCK & COURIE, LLC

By:  s/Brian Walthart (w/permission)
Jay M. Atkins, MS 100513; TN 21371
Brian F. Walthart, 024777
Attorneys for Ashley Ackerman
119 North 9th Street
Oxford, Mississippi 38655
Phone: (662) 281-7828
Facsimilie: (662) 259-8460
Email: jay.atkins@mgclaw.com

By: s/Ty Clevenger (w/permission)
Ty Clevenger (admitted *pro hac vice*)
Texas Bar No. 24034380
Attorney for Plaintiffs
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com


Janet Goode
Tennessee BPR No. 035872
Attorney for Plaintiffs
917 S. Cooper Street
Memphis, Tennessee 38104
(901) 308-7511
(901) 641-3972 (fax)
janet@janetgoodelaw.com

## CERTIFICATE OF SERVICE

This is to certify that this pleading has been served electronically via the Court's ECF system or via U.S. Mail on the following:

Janet H. Goode
917 S. Cooper Street
Memphis, Tennessee 38104

Ty Clevenger
P.O. Box 20753
Brooklyn, New York 11202-0753

Brian F. Walthart
P.O. Box 198349
Nashville, TN 37219

Jay M. Atkins
119 North 9th Street
Oxford, Mississippi 38655

DATE: This the 23rd day of March, 2022.

By: s/Nathan D. Tilly
Nathan D. Tilly