Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SMITH, and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | No.: 3:20-cv-00563 |
| v. | ) ) ) | |
| CORECIVIC, INC., et al. | ) ) | |
| Defendants. | ) | |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs and Defendants, by and through undersigned counsel, jointly move the Court for the entry of a protective order. As grounds, the parties state that through written discovery in this case, documents/information may be divulged that could include a producing party's business operations because it contains proprietary information of the party. Further, the parties anticipate that documents/information that will be divulged in discovery will include interests in individual privacy, including medical information, protected health information ("PHI"), personal or financial information such as home addresses, financial material not otherwise discoverable, and personal contact information, including current addresses, telephone number(s), and email address(es) of current and former Tennessee Department of Correction and/or CoreCivic employees, as well as current and former Tennessee Department of Correction inmates. Additionally, information divulged in discovery could lead to disclosure of operational aspects of the prison system that are otherwise unknown to inmates or the general public and the dissemination of which could pose a safety and security risk.