**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JOHN SMITH, ET AL.,                              )
                                                 )
        Plaintiffs,                              )
                                                 )
v.                                               )        Civil No.  3:20-cv-00563
                                                 )        Judge Trauger
CORECIVIC, INC., ET AL.,                         )
                                                 )
        Defendants.                              )

## <u>ORDER</u>

It is hereby ORDERED that the defendants shall respond to the plaintiffs' Amended

Motion for Reconsideration of the Dismissal of Plaintiffs' Medical Malpractice Claims (Doc.

No. 93) by July 1, 2022.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge