Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**JOHN SMITH and SOYNIA SMITH**,
as survivors and next of kin of **ADDISON SMITH**, deceased,

      Plaintiffs,

vs.

**CORECIVIC, INC, et al.**

      Defendants

**Case No. 3:20-cv-00563**

## UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

NOW COME Plaintiffs John Smith and Soynia Smith, moving the Court to grant them leave to file a reply brief in excess of five pages:

The Plaintiffs wish to file a reply in support of their motion for reconsideration (Dkt. #93), but they cannot address all of the Defendants' arguments in five pages or less as required by the local rules. Although the Plaintiffs' motion was less than five pages, the response filed by the CoreCivic Defendants (Dkt. #96) is thirteen pages. The response filed by Defendant William Lyons (Dkt. #95) is another seven pages, and it scarcely overlaps the CoreCivic motion. Plaintiffs' Counsel conferred with counsel for the Defendants, and the Defendants do not oppose the Plaintiffs' request for leave to file a ten-page reply. That reply will be submitted immediately after this motion, and the Plaintiffs move the Court to accept it.

1