Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF TENNESSEE AT NASHVILLE DIVISION

| | |
|---|---|
| **John Smith and Soynia Smith, as survivors and next of kin of Addison Smith, deceased,** | |
| **Plaintiffs,** | **CASE NO.: 3:20-CV-00563** |
| **vs.** | **JURY DEMAND** |
| **Corecivic, Inc., Damon T. Hininger, Grady Perry, Eddie Johnson, Jason Whitehead, Ashley Ackerman, Christophe Williams, Logan King, Joshua Ray, Jenny Ratliff, Ledia Alva, William Lyons, J. Scott Long, Mark Sigler, Elaine Bloodgood, Andrea Steadman, Kevin Turner and Marcayus Rose,** | |
| **Defendants.** | |

## ASHLEY ACKERMAN'S UNOPPOSED MOTION FOR INDEFINITE EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO AMEND SCHEDULING ORDER AND MOTION TO AMEND COMPLAINT

Come Defendant Ashley Ackerman and former party Defendant William Lyons, by and through counsel, and under Fed. R. Civ. P. 6, seek an indefinite extension of time to respond to Plaintiffs' Motion to Amend Scheduling Order and Motion to Amend Complaint. *See* cm/ecf doc. 101.

Plaintiffs do not oppose this Motion, and good cause exists for this request. Plaintiffs' counsel has informed undersigned counsel that he plans to file another amended and/or substituted motion to amend with updated allegations in a new pleading. Thus, requiring Ms. Ackerman and Mr. Lyons to respond to Plaintiffs' Motion would be a waste of resources and