# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| JOHN SMITH and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:20-cv-00563 Judge Aleta A. Trauger |
| CORECIVIC, INC., DAMON T. HININGER, GRADY PERRY, EDDIE JOHNSON, JASON WHITEHEAD, ASHLEY ACKERMAN, CHRISTOPHE[R] WILLIAMS, LOGAN KING, JOSHUA RAY, JENNY RATLIFF, LEDIA ALVA, WILLIAM LYONS, J. SCOTT LONG, MARK SIGLER, ELAINE BLOODGOOD, ANDREA STEADMAN, KEVIN TURNER, and MARCAYUS ROSE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiffs' Amended Motion for Reconsideration of the Dismissal of Plaintiffs' Medical Malpractice Claims (Doc. No. 93) is **GRANTED IN PART and DENIED IN PART**. The motion is **GRANTED** with respect defendants J. Scott Long, Mark Sigler, Elena Bloodgood-Grandy,[1] Andrea Steadman, Kevin Turner, and CoreCivic, Inc., and, accordingly, that portion of the Amended Order entered on July

---

[1] This defendant was incorrectly named in the Complaint as Elaine Bloodgood. Although the defendants provided notice that the plaintiffs incorrectly identified this defendant, the plaintiffs continue to refer to her as Elaine Bloodgood.

1, 2021 (Doc. No. 70) dismissing the medical malpractice claims against these defendants is **VACATED**. The medical malpractice claims set forth in the Amended Complaint against these defendants are **REINSTATED**.

The plaintiffs' motion is **DENIED** with respect to defendant William Lyons, because the Amended Complaint fails to state a claim against this defendant for which relief may be granted, such that reinstatement as to him would be futile. The denial of the motion as to Lyons, however, is without prejudice to the plaintiffs' ability to file a motion to further amend their pleading.

It is so **ORDERED**.

_____

ALETA A. TRAUGER
United States District Judge