**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JOHN SMITH, ET AL.,          )
          )
    Plaintiffs,          )
          )
v.          )    Civil No.  3:20-cv-00563
          )    Judge Trauger
CORECIVIC, INC., ET AL.,          )
          )
    Defendants.          )

## O R D E R

It is hereby ORDERED that the defendants shall respond to the Plaintiffs' Revised Motion to Amend Scheduling Order and Revised Motion to Amend Complaint (Doc. No. 102) by August 17, 2022.

It is so **ORDERED**.

 

_____
ALETA A. TRAUGER
U.S. District Judge