Motion GRANTED.
Extension as requested.

094-241-00

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SMITH, and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased. | ) ) ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | No.: 3:20-cv-00563 |
| | ) | |
| v. | ) | |
| | ) | |
| CORECIVIC, INC., et al. | ) | |
| | ) | |
| *Defendants*. | ) | |

---

### DEFENDANTS LONG, SIGLER, BLOODGOOD-GRANDY, AND TURNER'S UNOPPOSED MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

---

Defendants J. Scott Long, Mark Sigler, Elena Bloodgood-Grandy, and Kevin Turner, (hereinafter, "these defendants"), by and through their undersigned counsel, and without waiving any and all defenses that may be asserted by these defendants, hereby move this Court for an extension of time to file a responsive pleading. Specifically, these defendants seek a deadline of fourteen (14) days after the Court rules on Plaintiffs' pending motion to amend to file a responsive pleading. (ECF No. 102). In support, these defendants state to the Court as follows:

1. Plaintiffs, John Smith and Soynia Smith, as survivors and next of kin of Addison Smith, deceased, originally filed this lawsuit on June 29, 2020, against Defendants CoreCivic, Damon Hininger, Grady Perry, Elaina Rodella, and John Doe 1 through John Doe 10. (ECF No. 1).