**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

Motion GRANTED.

| | |
|---|---|
| **JOHN SMITH and SOYNIA SMITH**, individually and as survivors and next of kin of **ADDISON SMITH**, deceased, | |
| Plaintiffs, | |
| vs. | **Case No. 3:20-cv-00563** |
| **CORECIVIC, INC, et al.** | |
| Defendants | |

## UNOPPOSED MOTION TO SET ASIDE SCHEDULING ORDER

NOW COME Plaintiffs John Smith and Soynia Smith, moving the Court to set aside the March 28, 2022 scheduling order (Dkt. 90). After conferring with counsel, the parties agree that the Court's August 2, 2022 memorandum (Dkt. #106) and order (Dkt. #107), wherein the Court reinstated the medical malpractice claims, will necessitate additional discovery. Furthermore, if the Court grants the Plaintiffs' July 15, 2022 motion to amend their complaint (Dkt. #101), that too would necessitate additional discovery. The Plaintiffs therefore move the Court to set aside the scheduling order until after the Court has ruled on the July 15, 2022 motion to amend.