Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**JOHN SMITH and SOYNIA SMITH**, individually and as survivors and next of kin of **ADDISON SMITH**, deceased,

Plaintiffs,

vs.

**CORECIVIC, INC, et al.**

Defendants

**Case No. 3:20-cv-00563**

## UNOPPOSED MOTION TO EXTEND PAGE LENGTH

NOW COME Plaintiffs John Smith and Soynia Smith, moving the Court to grant them permission to exceed the 5-page limit for replies:

The Plaintiffs seek permission to file a 19-page reply in support of the Plaintiffs' Revised Motion to Amend Scheduling Order and Revised Motion to Amend Complaint ("Revised Motion") (Dkt. #102). The Revised Motion itself is seven pages (five without the signature page and certificates), but the response of Defendant Lyons (Dkt. #112) is 17 pages and the response of the CoreCivic Defendants (Dkt. #113) is 23 pages. Given the numerous issues raised in those responses, the Plaintiffs need additional pages for their reply. The Plaintiffs have conferred with counsel for the Defendants, and they do not oppose this request.