**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JOHN SMITH, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No.  3:20-cv-00563 |
| | ) | Judge Trauger |
| CORECIVIC, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The Motion for Leave to File Documents Under Seal (Doc. No. 118) is GRANTED.

The additional request, contained in the last sentence of the Motion to add the name of

defendant Lyons in some document must be made in a separate motion that, pursuant to Local

Rule 7.01(a)(1), must reflect the position of opposing counsel with regard to the motion.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge