IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| JOHN SMITH, and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | No.: 3:20-cv-00563 |
| v. | ) ) ) | |
| CORECIVIC, INC., et al. | ) ) | |
| Defendants. | ) | |

---

CORECIVIC DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY OF UP TO
SEVEN PAGES CONCERNING PLAINTIFFS' REVISED MOTION TO AMEND
COMPLAINT

---

Defendants CoreCivic, Inc., Jason Whitehead, Christopher Williams, Joshua Ray, Jenny
Ratcliff, Ledia Avila, Angela Steadman, J. Scott Long, Mark Sigler, Elena Bloodgood-Grandy,
and Kevin Turner and former Defendants Damon Hininger, Eddie Johnson, and Grady Perry move
the court for permission to file a sur-reply of up to seven pages concerning Plaintiffs' Revised
Motion to Amend Complaint. As grounds for this motion, Defendants state as follows:

1. On July 28, 2022, Plaintiffs filed a Revised Motion to Amend Complaint along with a
   Proposed Complaint. (ECF No. 102).

2. Within their motion, Plaintiffs argued based upon "new" evidence they obtained during
   discovery that Plaintiffs could "now demonstrate that the Defendants failed to develop
   adequate procedures for notifying guard staff about suicidal inmates." (ECF No. 102,
   PageID# 639).