**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

JOHN SMITH, ET AL.,          )
                                     )
    Plaintiffs,            )
                                     )
v.                              )      Civil No.  3:20-cv-00563
                                   )      Judge Trauger
CORECIVIC, INC., ET AL.,   )
                                   )
    Defendants.        )

## O R D E R

The "Motion Regarding Second Amended Complaint" (Doc. No. 125) will be HELD IN

ABEYANCE pending compliance with Local Rule 7.01(a)(1), as cited in this court's Order of

September 7, 2022 (Doc. No. 122).

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge