# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SMITH and SOYNIA SMITH, | ) | |
| as survivors and next of kin of | ) | |
| ADDISON SMITH, deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-00563 |
| | ) | Judge Aleta A. Trauger |
| CORECIVIC, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiffs' Revised Motion to Amend Scheduling Order and Revised Motion to Amend Complaint ("Motion to Amend") (Doc. No. 102) and Motion Regarding Second Amended Complaint ("Supplemental Motion") (Doc. No. 125) are **GRANTED IN PART AND DENIED IN PART**.

More specifically, the plaintiffs are **GRANTED** leave to amend their pleading to:

(1) assert the proposed additional facts in support of the medical malpractice and other state law claims against defendants CoreCivic, J. Scott Long, Mark Sigler, Elena Bloodgood-Grandy, Ph.D. (incorrectly named in the plaintiffs' pleadings as Elaine Bloodgood), Andrea Steadman, and Kevin Turner, M.D. and in further support of the claims under 42 U.S.C. § 1983 against defendants Jason Whitehead, Ashley Ackerman, Christopher Williams, Logan King, Joshua Ray, Jenny Ratliff, and Ledia Avila (incorrectly named in the plaintiffs' pleadings as Ledia Alva);

(2) restate the medical malpractice claims (which have already been reinstated) in Count 3, paragraph 62 of the SAC, and to reinstate the other state law claims against defendants J. Scott

Long, Mark Sigler, Ph.D., Elena Bloodgood-Grandy, Ph.D., Andrea Steadman, and Kevin Turner, M.D.; and

(3) omit claims against Marcayus Rose and Assistant Warden Eddie Johnson.

The plaintiffs' motions are **DENIED IN PART**, insofar as they seek leave to amend the pleading to

(1) reinstate claims under 42 U.S.C. § 1983 against CoreCivic, Damon Hininger, Grady Perry, Elena Bloodgood-Grandy, William Lyons or Kevin Turner;

(2) reinstate medical malpractice or other state law claims against William Lyons; and

(3) incorporate by reference, in the body of their pleading or by attaching the document thereto, the complaint filed in *Newby v. CoreCivic of Tenn., LLC*, No. 3:22-cv-00093 (M.D. Tenn. Feb. 11, 2022).

The plaintiffs **SHALL** file another version of the Second Amended Complaint that **<u>strictly conforms</u>** with this Order and accompanying Memorandum by or before **Friday, January 6, 2023.**

The parties shall confer and file a proposed Joint Proposed Amended Scheduling Order by or before **Friday, January 16, 2023**. The trial date will be reset by separate Order.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge