Motion GRANTED.

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **JOHN SMITH and SOYNIA SMITH**, individually and as survivors and next of kin of **ADDISON SMITH**, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> **CORECIVIC, INC, et al.** <br><br> Defendants | **Case No. 3:20-cv-00563** |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION

NOW COME Plaintiffs John Smith and Soynia Smith, respectfully moving the Court to extend the deadlines in the Court's December 12, 2022 Order (Dkt. #132) by three weeks.

On December 22, 2022, Plaintiffs filed a Request for Clarification asking the Court whether they can pursue negligence and gross negligence claims against Defendants Damon T. Hininger and Grady Perry in light of the December 12, 2022 Order. The Court has not yet issued a decision on that Request. On Monday evening, January 2, 2023, lead Plaintiffs' counsel Ty Clevenger had a death in his immediate family and will be out of the office for at least a week.

As a result of the foregoing, Plaintiffs are seeking an extension of three weeks to comply with the Court's December 12, 2022 Order. Plaintiffs request that the deadline for the filing of a Second Amended Complaint in compliance be moved to January 27, 2023,

1