Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **JOHN SMITH and SOYNIA SMITH**, individually and as survivors and next of kin of **ADDISON SMITH**, deceased,<br><br>      Plaintiffs,<br><br>vs.<br><br>**CORECIVIC, INC, et al.**<br><br>      Defendants | **Case No. 3:20-cv-00563** |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION

NOW COME Plaintiffs John Smith and Soynia Smith, respectfully moving the Court to extend the deadline to file the Second Amended Complaint in the Court's January 6, 2023 Order (Dkt. #137) by three days.

Plaintiffs' lead counsel, Ty Clevenger, was out of the office following the death of his mother on January 2, 2023. Due to a subsequent medical issue, he was unable to work for much of last week and is now working on an intermittent basis.[1] The parties expect to file a Joint Proposed Amended Scheduling Order by the February 6, 2023 deadline, but the Plaintiffs request that this Court accept the contemporaneously filed Second Amended Complaint that was originally due on January 27, 2023. As described below, the Plaintiffs

---

[1] As witnessed by his electronic signature on this document, Ty Clevenger declares under penalty of perjury under the laws of the United States that the representations in this motion are true and correct.

1