# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT COURT OF TENNESSEE

| | |
|---|---|
| **John Smith and Soynia Smith, as survivors and next of kin of Addison Smith, deceased,** | **Motion GRANTED.** [signature] |
| **Plaintiffs,** | **CASE NO.: 3:20-CV-00563** |
| **vs.** | **JURY DEMAND** |
| **Corecivic, Inc., Damon T. Hininger, Grady Perry, Eddie Johnson, Jason Whitehead, Ashley Ackerman, Christophe Williams, Logan King, Joshua Ray, Jenny Ratliff, Ledia Alva, William Lyons, J. Scott Long, Mark Sigler, Elaine Bloodgood, Andrea Steadman, Kevin Turner and Marcayus Rose,** | |
| **Defendants.** | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Pursuant to Local Rule 83.01(h), Defendant Ashley Ackerman respectfully moves this Court to permit the appearance on her behalf of J. Paul Brewer, in place of Brian F. Walthart. Mr. Walthart is no longer associated with McAngus Goudelock and Courie. Pursuant to Local 7.01(a)(1), undersigned counsel conferred with the other attorneys in this case who indicated they do not oppose this Motion. Accordingly, Mr. Brewer respectfully requests that hereafter they be served with copies of all legal filings, correspondence or other communications, and designated counsel of record for Defendant Ashley Ackerman.