**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| JOHN SMITH, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:20-cv-00563 |
| | ) | Judge Trauger |
| CORECIVIC, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Plaintiffs' Unopposed Motion for Extension (Docket No. 152) is **GRANTED in PART**.

All extensions are hereby GRANTED except for the filing of the Joint Mediation Report, which

will continue to be due by January 5, 2024.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge