# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

**JOHN SMITH and SOYNIA SMITH**, individually and as survivors and next of kin of **ADDISON SMITH**, deceased,

    Plaintiffs,

vs.

**CORECIVIC, INC, et al.**

    Defendants

**Case No. 3:20-cv-00563**

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION

NOW COME Plaintiffs John Smith and Soynia Smith, respectfully moving the Court to extend certain pre-trial deadlines in the Court's July 18, 2023 Order (ECF 155) as detailed below.

In Plaintiffs' prior Unopposed Motion for Extension (ECF 154), the deadline for Deposition of Expert Witnesses was set for changed to January 31, 2024, but the parties did not seek to amend the discovery deadline of December 6, 2023. In addition, Plaintiffs' expert has had a family issue and is unable to complete his report due this week. Defendants have agreed to a one-week extension of the expert disclosure deadline for both Plaintiffs and for all Defendants. As noted in the certificate of conference, none of the defendants' counsel oppose the following extensions:

- Section F: DISCOVERY. The current deadline is December 6, 2023. The parties request that this be changed to January 31, 2024 to mirror the already-

1