IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

JOHN SMITH, and SOYNIA SMITH,
individually and as survivors and next
of kin of ADDISION SMITH, deceased,

    Plaintiffs.

v.

CORECIVIC, INC., et al.,

    Defendants.

Case No.: 3:20-cv-00563
Judge Trauger

---

NOTICE OF CONSULTATION AND PARTIAL NON-OPPOSITION

---

Counsel for Plaintiffs, Brice Timmons, and Counsel for Defendants CoreCivic, Inc., Jason Whitehead, Christopher Williams, Joshua Ray, Jenny Ratcliff, Ledia Avila, Angela Melson, J. Scott Long, Mark Sigler, Elena Bloodgood-Grandy, Kevin Turner, and Ashley Ackerman ("Defendants"), Nathan Tilly, conferred at length regarding the relief requested in the instant motion filed by Plaintiffs (ECF 161), and despite their best efforts could not reach a resolution and must stand on their pleadings. However Plaintiffs do not oppose Defendants' proposed alternative relief sought in Paragraph 6 of their response (ECF 163):

> Alternatively, should the court grant Plaintiffs' motion, Defendants request that the Court allow the parties to submit a new case management order that revises all deadlines that would realistically reflect the work that still needs to be done in the case and the time Defense counsel would need to disclose expert reports in light of the upcoming holidays and current schedule. While such revisions would likely require that the Court continue the current trial date, Defendants believe they would be necessary if Plaintiffs' request is granted.

Respectfully submitted,

*/s/Brice M. Timmons*
Brice M. Timmons (#29582)
DONATI LAW, PLLC
1545 Union Ave.
Memphis, TN 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing document has been served via this court's ECF filing system to all counsel of record in this matter this 5th day of October 2023.

Dylan E. Sutherland
Haynes T. Russell
James I. Pentecost
Nathan D. Tilly
Pentecost & Glenn, PLLC
162 Murray Guard Drive
Jackson, TN 38305
dsutherland@pgmfirm.com
hrussell@pgmfirm.com
jpentecost@pgmfirm.com
ntilly@pgmfirm.com
*Attorneys for Corecivic, Jason Whitehead, Christophe Williams, Logan King, Joshua Ray, Jenny Ratliff, Ledia Alva, J. Scott Long, Mark Sigler, Elaine Bloodgood, Andrea Steadman, Kevin Turner, and Marcaynus Rose*

Jack Paul Brewer
Angus Goudelock & Courie, LLC
120 Brentwood Commons Way
Suite 625
Brentwood, TN 37027
Paul.brewer@mgclaw.com
Attorney for Mrs. Ashley Ackerman

Jay M. Atkins
McAngus, Goudelock & Courie, LLC
119 North 9th Street
Oxford, MS 38655
Jay.atkins@mgclaw.com
*Attorney for Mrs. Ashley Ackerman,*

Miles Thomas Martindale
McAngus, Goudelock & Courie, LLC
201 4th Avenue N., Suite 1400
Nashville, TN 37219
Miles.martindale@mgclaw.com
*Attorney for Mrs. Ashley Ackerman*

                 */s/Brice M. Timmons*