**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

JOHN SMITH, ET AL.,             )
                               )
       Plaintiffs,          )
                               )
v.                            )     Civil No.  3:20-cv-00563
                               )     Judge Trauger
CORECIVIC, INC., ET AL.,       )
                               )
       Defendants.      )

## O R D E R

The Plaintiffs' Motion for Extension of Time - Expert Disclosures (Doc. No. 161) is GRANTED IN PART. The plaintiffs shall make expert disclosures by November 6, 2023. It is further ORDERED that the parties shall confer and file, by October 20, 2023, a proposed agreed order that resets the deadline for the defendants' expert disclosures and the filing of dispositive motions. The joint mediation report deadline remains at January 5, 2024, in which the parties will disclose whether or not they will be proceeding to mediation and, if so, the date of the mediation. If these extensions require a resetting of the trial, the court will reset the trial. No rebuttal expert disclosures are permitted without leave of court.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge