IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN SMITH, and SOYNIA SMITH,
individually and as survivors and next
of kin of ADDISION SMITH, deceased,

 Plaintiffs.      Case No.: 3:20-cv-00563

           Judge Trauger

v.

CORECIVIC, INC., et al.,

 Defendants.

---

NOTICE OF APPEARANCE – MELISSA J. STEWART

---

 COME NOW, Melissa J. Stewart, of the law firm of Donati Law, PLLC, and hereby files her Notice of Appearance as counsel of record on behalf of Plaintiffs, John Smith and Soynia Smith, individually and as survivors and next of kin of Addison Smith, deceased, in the above styled cause. All correspondence, pleadings, and other matters addressed to counsel in this matter should also be submitted to said counsel at the address listed hereinafter this 13th day of October 2023.

      Respectfully submitted,


      */s/Melissa J. Stewart*
      Melissa J. Stewart (#40638)
      DONATI LAW, PLLC
      1545 Union Ave.
      Memphis, TN 38104
      (901) 278-1004 – Telephone
      (901) 278-3111 – Facsimile
      melissa@donatilaw.com
      *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing document has been served via this court's ECF filing system to all counsel of record in this matter this 13th day of October 2023.

Dylan E. Sutherland
Haynes T. Russell
James I. Pentecost
Nathan D. Tilly
Pentecost & Glenn, PLLC
162 Murray Guard Drive
Jackson, TN 38305
dsutherland@pgmfirm.com
hrussell@pgmfirm.com
jpentecost@pgmfirm.com
ntilly@pgmfirm.com
*Attorneys for Corecivic, Jason Whitehead,*
*Christophe Williams, Logan King,*
*Joshua Ray, Jenny Ratliff, Ledia Alva,*
*J. Scott Long, Mark Sigler, Elaine*
*Bloodgood, Andrea Steadman, Kevin*
*Turner, and Marcaynus Rose*

Jack Paul Brewer
Angus Goudelock & Courie, LLC
120 Brentwood Commons Way
Suite 625
Brentwood, TN 37027
Paul.brewer@mgclaw.com
Attorney for Mrs. Ashley Ackerman

Jay M. Atkins
McAngus, Goudelock & Courie, LLC
119 North 9th Street
Oxford, MS 38655
Jay.atkins@mgclaw.com
*Attorney for Mrs. Ashley Ackerman,*

Miles Thomas Martindale
McAngus, Goudelock & Courie, LLC
201 4th Avenue N., Suite 1400
Nashville, TN 37219
Miles.martindale@mgclaw.com
*Attorney for Mrs. Ashley Ackerman*

*/s/Melissa J. Stewart*