094-241-00

| | | |
|---|---|---|
| JOHN SMITH, and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased. | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.: 3:20-cv-00563 |
| | ) | |
| v. | ) | |
| | ) | |
| CORECIVIC, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER AMENDING CASE MANAGEMENT ORDER

In accordance with this Court's October 11, 2023, Order Granting Plaintiff's Motion for Extension of Time in part, Plaintiffs, John Smith and Soynia Smith, as survivors and next of kin of Addison Smith, and Defendants, CoreCivic, Inc., Jason Whitehead, Christopher Williams, Joshua Ray, Jenny Ratcliff, Ledia Avila, Angela Melson, J. Scott Long, Mark Sigler, Elena Bloodgood-Grandy, Kevin Turner, and Ashley Ackerman agree that the following deadlines shall govern the case. Accordingly, it is ORDERED that the following deadlines shall govern the case moving forward:

1. Defendants' Expert Disclosures shall be made by January 5, 2024.

2. The Joint Mediation Report shall be filed by the parties by January 5, 2024.

3. Depositions of Expert Witnesses shall occur by March 29, 2024.

4. Discovery shall be completed by March 29, 2024.

5. Dispositive Motions shall be filed by May 10, 2024

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. District Judge


Approved and Agreed to by:



PENTECOST & GLENN, PLLC

By:    s/Nathan D. Tilly
       James I. Pentecost (#11640)
       Nathan D. Tilly (#31318)
       Attorneys for Defendants CoreCivic, Inc.,
       Jason Whitehead, Christopher Williams,
       Joshua Ray, Jenny Ratcliff, Ledia Avila,
       and Angela Steadman
       162 Murray Guard Dr., Ste. B
       Jackson, Tennessee 38305
       (731) 668-5995- Telephone
       (731) 668-7163- Fax
       Email:  ntilly@pgtfirm.com



MCANGUS GOUDELOCK & COURIE, LLC



By:    s/J. Paul Brewer *w/permission*
       J. Paul Brewer, 025289
       Post Office Box 2949
       120 Brentwood Commons Way, Suite 625
       Brentwood, Tennessee 37024
       Phone: (615) 499-7279
       Facsimile: (615) 523-1496
       Email: paul.brewer@mgclaw.com
       ATTORNEY FOR ASHLEY ACKERMAN



By:    s/Brice M. Timmons *w/permission*
       Brice M. Timmons (#29582)
       Craig Edgington (#38205)

DONATI LAW, PLLC
1545 Union Ave.
Memphis, TN 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com


Ty Clevenger (admitted *pro hac vice*)
Texas Bar No. 24034380
Attorney for Plaintiffs
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
tyclevenger@yahoo.com


Janet Goode
Tennessee BPR No. 035872
Attorney for Plaintiffs
917 S. Cooper Street
Memphis, Tennessee 38104
(901) 308-7511
(901) 641-3972 (fax)
janet@janetgoodelaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

This is to certify that this pleading has been served electronically via the Court's ECF system or via U.S. Mail on the following:

Janet H. Goode
917 S. Cooper Street
Memphis, Tennessee 38104

Ty Clevenger
P.O. Box 20753
Brooklyn, New York 11202-0753

J. Paul Brewer
P.O. Box 2949
Brentwood, TN 37024

Jay M. Atkins
119 North 9th Street
Oxford, Mississippi 38655

Brice M. Timmons
Craig Edgington
1545 Union Ave.
Memphis, TN 38104


DATE:  This the 20th day of October, 2023.

By:     s/Nathan D. Tilly
        Nathan D. Tilly