**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**JOHN SMITH and SOYNIA SMITH**,
individually and as survivors and next of
kin of **ADDISON SMITH**, deceased,

      Plaintiffs,

vs.

**CORECIVIC, INC, et al.**

      Defendants

**Case No. 3:20-cv-00563**

**<u>ORDER</u>**

Plaintiff John Smith's and Soynia Smith's Unopposed Motion for Leave to Depose

(Dkt. #171) is now before the Court.  For good cause shown, the motion is GRANTED,

and the parties are granted leave to depose inmates Ladarius M. Holmes of Ocala, Florida

and Raymond Watison of Hartsville, Tennesse.

It is SO ORDERED.

_____
The Hon. Aleta A. Trauger, Judge
U.S. District Court for the Middle District of Tennessee

1