Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN SMITH, and SOYNIA SMITH, as survivors and next of kin of ADDISON SMITH, deceased. | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.: 3:20-cv-00563 |
| | ) | |
| v. | ) | |
| | ) | |
| CORECIVIC, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNNOPPOSED MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS AND TO CONTINUE TRIAL**

Defendants CoreCivic, Inc., Jason Whitehead, Christopher Williams, Joshua Ray, Jenny Ratliff, Ledia Avlia, Angela Melson, J. Scott Long, Elena Bloodgood-Grandy, and Kevin Turner, through their undersigned counsel, file this Motion to Extend the Deadline to File Dispositive Motions to September 6, 2024, and to Continue the Trial. Defendants do so for two main reasons. First, the parties have now agreed to participate in a mediation with James ("Jim") Kay serving as mediator, and it is Defendants' hope to save time and expense prior to that mediation. Second, Dr. Mark Sigler, one of the defendants, passed away and to date, no substitution has been made. Should a substitution be made at a later date, Dr. Sigler's estate would be prejudiced due to the inability to timely file a motion for summary judgment. For these reasons and the more specific reasons articulated herein, these Defendants move the Court to extend the deadline to file dispositive motions to September 6, 2024, and to continue the trial date. In support of this motion, Defendants would show the Court as follows: