IN THE UNITED STATES DISTRICT COURT FOR THE <mark>Motion DENIED as MOOT.</mark>
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN SMITH, and SOYNIA SMITH,
individually and as survivors and next
of kin of ADDISION SMITH, deceased,

      Plaintiffs.

v.

CORECIVIC, INC., et al.,

      Defendants.

Case No.: 3:20-cv-00563
Judge Trauger

---

## PLAINTIFFS' MOTION TO SUBSTITUTE ESTATE FOR DECEASED PARTY MARK SIGLER PURSUANT TO FED. R. CIV. P. 25

---

COMES NOW, Plaintiffs, John Smith, and Soynia Smith, individually and as next of kin of Addison Smith (deceased), and files their *Motion for Extension Time Regarding Expert Disclosures* and in support thereof states as follows:

1. On April 9, 2024, counsel for Defendant Mark Sigler ("Decedent") filed a Notice of Suggestion of Death.

2. Plaintiff promptly began a search for the estate of Decedent. To date, Plaintiffs have been unable to locate an estate opened by the heirs of Decedent.

3. Plaintiffs have standing to open an estate for Decedent as a creditor, and Plaintiffs are in the process of opening such an estate.

4. Fed. R. Civ. P. 25(a) states:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is