**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| JOHN SMITH, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     Civil No.  3:20-cv-00563 |
| | )     Judge Trauger |
| CORECIVIC, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

## <u>ORDER</u>

The court has been notified  that this case has settled.   It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The jury trial scheduled for February 18, 2025 and the pretrial conference scheduled for February 14, 2025 are **CANCELLED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge